UNITED STATES DISTRICT COURT             SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| MEDICAL-LEGAL CONSULTING INSTITUTE, INC., | § § § | |
| Plaintiff, | § § | |
| versus | § § | CIVIL ACTION H-06-0320 |
| EVANS & ASSOCIATES, LTD, *et al.*, | § § | |
| Defendants. | § | |

# Final Judgment

Medical-Legal Consulting Institute, Inc., takes nothing from Evans and Associates, LTD, or Ann Evans. Medical-Legal bears the costs.

Signed on August 29, 2007, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge