UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Medical-Legal Consulting Institute, Inc., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-06-320 |
| | § | |
| Evans & Associates, Ltd., et al., | § | |
| | § | |
| Defendants. | § | |

## Final Judgment

1.    By the agreement of the parties, the judgment of August 29, 2007, is vacated. (36)

2.    This case is dismissed with prejudice.

Signed on September 22, 2007, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge