```
                    -----------------
                       No. 07-20662
                    -----------------
```

MEDICAL-LEGAL CONSULTING INSTITUTE INC

    Plaintiff - Appellant

  v.

EVANS & ASSOCIATES LTD; ANN EVANS

    Defendants - Appellees

**United States Court of Appeals**
**Fifth Circuit**
**F I L E D**
November 14, 2007

Charles R. Fulbruge III
Clerk

United States Courts
Southern District

NOV 2 [illegible] 

Michael N. [illegible]

### ENTRY OF DISMISSAL

Pursuant to appellant's motion this appeal is dismissed this 14th day of November, 2007, see FED. R. APP. P. 42(b).

      CHARLES R. FULBRUGE III
      Clerk of the United States Court
      of Appeals for the Fifth Circuit

    By: _/s/ Laura Miles_
      Laura Miles, Deputy Clerk

   ENTERED AT THE DIRECTION OF THE COURT

DIS-4

A true copy
Attest
Clerk, U.S. Court of Appeals, Fifth Circuit
By _/s/_
New Orleans, Louisiana  Deputy

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 14, 2007

Mr Michael N Milby, Clerk
Southern District of Texas, Houston
United States District Court
Room 1217
515 Rusk Avenue
Houston, TX 77002

United States Courts
Southern District of Texas
FILED

NOV 2 0 2007

Michael N. Milby, Clerk

No. 07-20662 Medical-Legal v. Evans & Associates
    USDC No. 4:06-CV-320

Enclosed is a certified copy of the judgment issued as the mandate.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
Laura Miles, Deputy Clerk
504-310-7807

cc: w/encl:
   Mr John F Luman III
   Mr Alan David Rosenthal
   Mr Fred Warner, US Court Reporter

MDT-1